UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

FEDERAL EXPRESS CORPORATION,

Plaintiff,

- against -

IKHILOV LAW GROUP, P.C. d/b/a IKHILOV & ASSOCIATES, *et al.*

Defendant(s).

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

Case No. 26-CV-02859 (JPO)

ORAL ARGUMENT REQUESTED

**PLEASE TAKE NOTICE** that, upon the Medical Provider Defendants' Joint Memorandum of Law in Support of Motion to Dismiss dated August 31, 2026, and all of the pleadings and proceedings heretofore had herein, the Medical Provider Defendants, by and through their undersigned attorneys, will move this Court before the Honorable J. Paul Oetken, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Squaret, Room 703, New York, NY 10007, as soon as counsel may be heard, for an Order: (1) dismissing the First Amended Complaint filed by plaintiff Federal Express Corporation ("FedEx" or "Plaintiff") pursuant to Fed. R. Civ. P. 12(b)(6); and (2) granting such other and further relief as the Court deems just and proper.

Dated: Uniondale, New York
August 31, 2026

By:

/s/*Norman R. Cerullo*
Norman R. Cerullo, Esq.
Rachel A. Morgenstern, Esq.
Matthew Finegan, Esq.
RUSKIN MOSCOU FALTISCHEK, P.C.
*Attorney for Stand-Up MRI of Manhattan, P.C.*
1425 RXR Plaza, East Tower, 15th Fl.
Uniondale, NY 11556
(516) 663-6600
ncerullo@rmfpc.com
rmorgenstern@rmfpc.com
mfinegan@rmfpc.com

/s/ *Peter M. Birzon*
Peter M. Birzon, Esq.
PETER BIRZON & ASSOCIATES, P.C.
*Attorney for New York PM Associates, Inc., New York Pain Management Group, PLLC and Conrad F. Cean, M.D.*
400 Jericho Turnpike, Ste. 100
Jericho, NY 11753
(516) 942-9100
pbirzon@pbalaw.net

/s/ *Robert A. O'Hare, Jr.*
Robert A. O'Hare, Jr., Esq.
Andrew C. Levitt, Esq.
O'HARE PARNAGIAN LLP
*Attorneys for Nexray Medical Imaging, P.C. d/b/a Soul Radiology*
20 Vesey Street, Ste. 300
New York, NY 10007
(212) 425-1401
rohare@ohareparnagian.com
alevitt@ohareparnagian.com

/s/ *Gerard A. Lucciola*
Gerard A. Lucciola, Esq.
THE LUCCIOLA LAW GROUP, P.C.
*Attorney for Arden M. Kaisman, M.D.*
55 Broadway, 23rd Floor
New York, NY 10006
(212) 482-4400
glucciola@lucciolalaw.com

/s/ *Kenneth L. Kutner*
Kenneth L Kutner, Esq.
LAW OFFICES OF KENNETH L. KUTNER
*Attorneys for Bay Ridge Orthopedic Associates, P.C.*
200 Garden City Plaza, Ste. 315
Garden City, New York 11530
(516) 455-8755
kkutner@kenkutner.com

/s/ *Wesley Robert Mead*
Wesley Robert Mead, Esq.
THE MEAD LAW FIRM, P.C.
*Attorneys for Fast Care Medical Diagnostics, PLLC*
3033 Brighton 3rd Street
Brooklyn, NY 11235
(718) 306-2107
wmead@gmail.com

/s/ *Benjamin M. Pinczewski*
Benjamin M. Pinczewski, Esq.
LAW OFFICES OF BENJAMIN M. PINCZEWSKI
*Attorneys for All City Family Healthcare Center, Inc. and Alexios Apazidis, M.D.*
2520 Flatbush Avenue 2nd Floor
Brooklyn, NY 11234
718-677-3438
bmp@psattorney.com

/s/ *Mickey Keane*
Mickey Keane, Esq.
Vasilios Lolis, Esq.
Alexandra Wolff, Esq.
GARFUNKEL WILD, P.C.
*Attorney for Orthopaedics Spine & Sports Medicine, LLC d/b/a Total Orthopaedics & Sports Medicine*
900 Stewart Avenue, 4th Fl.
Garden City, NY 11530
mjkeane@garfunkelwild.com
vlolis@garfunkelwild.com