UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL EXPRESS CORPORATION,

Plaintiff,

-against-

IKHILOV LAW GROUP, P.C. d/b/a
IKHILOV & ASSOCIATES;
ZORIK "ERIK" IKHILOV;
*(Legal Services Providers)*

STAND-UP MRI OF MANHATTAN, P.C.;
NEXRAY MEDICAL IMAGING, P.C.
d/b/a SOUL RADIOLOGY;
FAST CARE MEDICAL DIAGNOSTICS, PLLC;
*(Radiology Providers)*

NYC CARE PT, P.C.;
GRAIG GRANOVSKY CHIROPRACTIC P.C.;
APEX MEDICAL P.C.;
COMPLETE CARE CHIROPRACTIC
OF HARTSDALE, P.C.
d/b/a COMPLETE CARE CHIROPRACTIC;
MACINTOSH MEDICAL, P.C.;
RUTLAND MEDICAL, P.C.;
*(Gatekeeper Providers)*

NEW YORK PAIN MANAGEMENT GROUP, PLLC;
CONRAD F. CEAN, M.D.;
ARDEN M. KAISMAN, M.D.;
NEW YORK PM ASSOCIATES, INC.;
ROCKLAND PAIN MANAGEMENT
OF SPRING VALLEY, P.C.;
*(Pain Management Providers)*

ORTHOPAEDICS SPINE & SPORTS MEDICINE, LLC
d/b/a TOTAL ORTHOPAEDICS & SPORTS MEDICINE;
ALEXIOS APAZIDIS, M.D.;
BAY RIDGE ORTHOPEDIC ASSOCIATES, P.C.;
MICHAEL MURRAY, M.D.;
WILLIAM L. KING, M.D., P.C.
d/b/a NYC ORTHOPEDIC GROUP;
WILLIAM L. KING, M.D.;
*(Surgical Providers)*

Case No. 1:26-cv-2859 (JPO)

**<u>NOTICE OF MOTION</u>**

INTEGRATED SPECIALTY ASC LLC;
ALL CITY FAMILY HEALTHCARE CENTER, INC.;
*(Ambulatory Surgery Center Providers)*

JOHN DOES 1–50;

Defendants.

---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the Declaration of Brett A. Scher, dated August 31, 2026, the exhibits attached thereto, the accompanying Memorandum of Law, and upon the pleadings and proceedings had herein, Defendants Ikhilov Law Group, P.C. d/b/a Ikhilov & Associates and Zorik "Erik" Ikhilov (collectively, the "Ikhilov Defendants") will move this Court, before the Honorable John G. Koeltl, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for an Order:

a. Pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Plaintiff's Complaint as against the Ikhilov Defendants; and

b. Granting the Ikhilov Defendants such other and further relief as the Court deems just.

Dated: Woodbury, New York
August 31, 2026

**KAUFMAN DOLOWICH LLP**

By: /s/ Brett A. Scher
Brett A. Scher, Esq.
Adam M. Marshall, Esq.
*Attorneys for Defendants*
*Ikhilov Law Group, P.C. d/b/a Ikhilov & Associates*
*and Zorik "Erik" Ikhilov*
135 Crossway Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

To: All Counsel via ECF