**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**FEDERAL EXPRESS CORPORATION,**

**Case: 1:26-CV-02859**

**Plaintiff,**

**v.**

**IKHILOV LAW GROUP, P.C. d/b/a IKHILOV & ASSOCIATES;**
**ZORIK "ERIK" IKHILOV;**
**(*Legal Services Providers*)**

**STAND-UP MRI OF MANHATTAN, P.C.;**
**NEXRAY MEDICAL IMAGING, P.C. d/b/a SOUL RADIOLOGY;**
**FAST CARE MEDICAL DIAGNOSTICS, PLLC;**
**(*Radiology Providers*)**

**NYC CARE PT, P.C.;**
**GRAIG GRANOVSKY CHIROPRACTIC P.C.;**
**APEX MEDICAL P.C.;**
**COMPLETE CARE CHIROPRACTIC OF HARTSDALE, P.C. d/b/a COMPLETE CARE CHIROPRACTIC;**
**MACINTOSH MEDICAL, P.C.;**
**RUTLAND MEDICAL, P.C.;**
**(*Gatekeeper Providers)***

**NEW YORK PAIN MANAGEMENT GROUP, PLLC**
**CONRAD F. CEAN, M.D.;**
**ARDEN M. KAISMAN, M.D.;**
**NEW YORK PM ASSOCIATES, INC.;**
**ROCKLAND PAIN MANAGEMENT OF SPRING VALLEY, P.C.;**
**(*Pain Management Providers*)**

**ORTHOPAEDICS SPINE & SPORTS MEDICINE, LLC d/b/a TOTAL ORTHOPAEDICS & SPORTS MEDICINE;**
**ALEXIOS APAZIDIS, M.D.;**
**BAY RIDGE ORTHOPEDIC ASSOCIATES, P.C.**
**MICHAEL MURRAY, M.D.**
**WILLIAM L. KING, M.D., P.C. d/b/a NYC ORTHOPEDIC GROUP;**
**WILLIAM L. KING, M.D.;**

(***Surgical Providers***)

**INTEGRATED SPECIALTY ASC LLC;**
**ALL CITY FAMILY HEALTHCARE CENTER, INC.;**
(***Ambulatory Surgery Center Providers***)

**JOHN DOES 1–50;**

**Defendants.**

---

**NOTICE OF PARTIAL VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff FEDERAL EXPRESS CORPORATION hereby gives notice that this action is voluntarily dismissed, without prejudice and without costs, only as to Defendant Orthopaedics Spine & Sports Medicine, LLC d/b/a Total Orthopaedics & Sports Medicine.

Dated: September 1, 2026

Respectfully submitted,

**THE WILLIS LAW GROUP, PLLC**

By: **/s/ William J. Clay**
**WILLIAM J. CLAY**
**ADAM K. GALLAGHER**
**MICHAEL A. GRAVES**
**AARON E. MEYER**
1985 Forest Lane
Garland, Texas 75042
Telephone: 214-736-9433
Facsimile: 214-736-9994
Service Email: service@thewillislawgroup.com

***ATTORNEYS FOR THE PLAINTIFF***
**FEDERAL EXPRESS CORPORATION**

So ordered.

The Clerk of Court is directed to terminate Orthopaedics Spine & Sports Medicine, LLC as a party.

Date: September 2, 2026

J. PAUL OETKEN
United States District Judge