RUSKINMOSCOUFALTISCHEK P.C.
*Smart Counsel. Straight Talk.*

Writer's Direct Dial: (516) 663-6635
Writer's Direct Fax: (516) 663-6835
Writer's E-Mail: ncerullo@rmfpc.com

October 15, 2026

**VIA ECF**
Honorable J. Paul Oetken
United States District Court
for the Southern District of New York
40 Foley Square, Courtroom 706
New York, New York 10007

Re: *Federal Express Corporation v. Ikhilov Law Group, P.C., et al.*
Case No. 1:26-cv-02859-JPO

Dear Judge Oetken:

We represent defendant Stand-Up MRI of Manhattan, P.C. ("Stand-Up") in the above-referenced action. On behalf of Defendants/Cross-Claim Defendants Stand-Up MRI of Manhattan, P.C., Complete Care Chiropractic of Hartsdale, P.C. d/b/a Complete Care Chiropractic of Hartsdale, P.C., Rockland Pain Management of Spring Valley, P.C., Fast Care Medical Diagnostics, PLLC., Conrad Cean, M.D., New York Pain Management Group, PLLC, New York Pain Management Associates, Inc., Nexray Medical Imaging, P.C. d/b/a Soul Radiology, Arden Kaisman, M.D., All City Family Healthcare Center, Inc., and Alexios Apazidis, M.D, we submit this letter to respectfully request a two (2) week extension of time for these Defendants/Cross-Claim Defendants to answer, move or otherwise respond to Michael Murray M.D.'s cross-claims (Dkt. No. 87) through and including October 30, 2026.[1]

This is these Defendants/Cross-Claim Defendants' second request for an extension of time. Further, this request does not affect any dates previously set by the Court. The instant Defendants/Cross-Claim Defendants' representative attempted to communicate this request to counsel for Michael Murray M.D., to no avail.

[1] While Defendant/Cross-Claim Defendant Bay Ridge Orthopedic Associates, P.C. and Third-Party Defendant Howard Baum have previously interposed (Dkt. Nos. 102 & 105), they nevertheless consent to the instant request of the other listed Defendants/Cross-Claim Defendants.

RUSKINMOSCOUFALTISCHEK P.C.
*Smart Counsel. Straight Talk.*



We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Norman R. Cerullo*

Norman R. Cerullo
For the Firm