O'HARE PARNAGIAN LLP
20 VESEY STREET, SUITE 300
NEW YORK, NY 10007
(212) 425-1401
FAX: (212) 425-1421
www.ohareparnagian.com

WESTCHESTER OFFICE
700 WHITE PLAINS ROAD, SUITE 255
SCARSDALE, NY 10583-5013
(914) 725-3632
FAX: (914) 725-3639

October 22, 2026

**Via ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Federal Express Corporation v. Ikhilov Law Group, P.C., et al.*, No. 1:26-cv-02859-JPO

Dear Judge Oetken:

We represent defendant/cross-claim defendant Nexray Medical Imaging, P.C. d/b/a Soul Radiology ("Nexray") and write on behalf of Nexray and defendants/cross-claim defendants Stand-Up MRI of Manhattan, P.C., Complete Care Chiropractic of Hartsdale, P.C. d/b/a Complete Care Chiropractic of Hartsdale, P.C., Rockland Pain Management of Spring Valley, P.C., Fast Care Medical Diagnostics, PLLC., Conrad Cean, M.D., New York Pain Management Group, PLLC, New York Pain Management Associates, Inc., Arden Kaisman, M.D., All City Family Healthcare Center, Inc., and Alexios Apazidis, M.D. (collectively, the "Requesting Defendants").

The Requesting Defendants respectfully request that the date for them to answer, move, or otherwise respond to the cross-claims of defendant Michael Murray, M.D. (ECF no. 87), which is currently October 30, 2026, be extended *sine die* pending the Court's decision on defendants' pending motions to dismiss the complaint. Because the outcome of those motions to dismiss may obviate the need for some or all of the Requesting Defendants to respond to Dr. Murray's cross-claims, the Requesting Defendants respectfully submit that this extension will promote efficiency and avoid the need for them to incur potentially unnecessary legal fees and expenses, while not having any material impact on the timing of the case going forward if the motions to dismiss are denied.

Counsel for Dr. Murray has consented to this extension as to Nexray but has not yet responded to our request for clarification concerning their consent as to the other Requesting

Defendants.[1] This is the Requesting Defendants' third request for an extension of time and will not affect any other deadlines in the case.

We thank the Court for its consideration of this request.

Respectfully,

Andrew C. Levitt

cc: All counsel of record (via ECF)

[1] While defendant/cross-claim defendant Bay Ridge Orthopedic Associates, P.C. and third-party defendant Howard Baum have already interposed answers to Dr. Murray's cross-claims and third-party complaint, *see* ECF nos. 102, 105, we are authorized to represent that they consent to this request.